| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Titus Logistics Services LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-5291645** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2401 Worthington Drive**<br>**Suite 127**<br>**Denton, TX**<br>ZIP CODE **76207** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Denton County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 2064**<br>**Denton, TX**<br>ZIP CODE **76202** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Titus Logistics Services LP** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                                                 Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): **Titus Logistics Services LP** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Frank J. Wright**

**Frank J. Wright**          Bar No. **22028800**

**Wright Ginsberg Brusilow P.C.**
**14755 Preston Road**
**Suite 600**
**Dallas, TX 75254**

Phone No.**(972) 788-1600**          Fax No.**(972) 239-0138**

07/02/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Titus Logistics Services LP**

X **/s/ Brent Hagenbuch**
Signature of Authorized Individual

**Brent Hagenbuch**
Printed Name of Authorized Individual

Sole and Managing Member of Titus Capital, LLC, General Partner
Title of Authorized Individual

07/02/2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:  **Titus Logistics Services LP**

Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Titus Transportation, LP<br>P. O. Box 2064<br>Denton, TX 76202 | | - | | $858,938.58 |
| C.R. England, Inc.<br>P.O. Box 952407<br>St Louis, MO | Steve Smith<br><br><br>800-421-9085 | - | | $112,550.00 |
| R & B Transportation<br>P. O. Box 148<br>Charlestown, NH 03603 | | - | | $56,800.00 |
| State Garden, Inc.<br>21 New England Produce Center<br>Chelsea, MA 02150 | | - | | $47,638.25 |
| ABCO Transportation, Inc.<br>20537 Highway 301 North<br>Dade City, FL 33523 | | - | | $38,834.00 |
| Frontier Express Incorporated<br>P.O. Box 96-203<br>Oklahoma City, OK 73196 | | - | | $26,880.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:  **Titus Logistics Services LP**

Case No.

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Rakhra Mushroom Farm<br>P. O. Box 2002<br>Alamosa, CO 81101 | - | | | $20,890.65 |
| LRC Trucking<br>P. O. Box 1613<br>Los Lunas, NM 87031 | - | | | $14,800.95 |
| Baltica Transport, LLC<br>10063 Folsom Boulevard, Suite C<br>Sacramento, CA 95827 | - | | | $14,100.00 |
| Royal Lines, Inc.<br>205 East Center Street<br>Duncanville, TX 75116 | - | | | $13,817.80 |
| Show Me Trucking<br>18406 East Rockhaven Road<br>Harrisonville, MO 64701 | - | | | $13,304.78 |
| HWS Trucking<br>1025 Metker<br>Irving, TX 75062 | - | | | $12,487.90 |
| PST Transport, Inc.<br>12445 N. 42nd Drive<br>Phoenix, AZ 85029 | - | | | $11,500.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  **Titus Logistics Services LP**

Case No.

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Rigs Arolling, LLC<br>4723 Preston Road<br>Federalsburg, MD 21632 | | - | | $11,188.50 |
| Showalter, Inc.<br>P. O. Box 265<br>Swink, CO 81077 | | - | | $11,120.90 |
| Iceline Logistics<br>1321 Foster Avenue<br>Nashville, TN 37210 | | - | | $10,279.00 |
| Bhandal Brothers Trucking<br>P.O. box 1711<br>Freedom, CA 95019 | | - | | $10,249.48 |
| TRI HI Transportation, Inc.<br>N3163 State Highway 107<br>Merrill, WI 54452 | | - | | $10,220.00 |
| Quality Intermodal Delivery Service<br>11124 Garland Road<br>Dallas, TX 75218 | | - | | $10,095.00 |
| Karriers, Inc.<br>P.O. Box 12417<br>Grand Forks, ND 53202 | | - | | $7,930.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **Titus Logistics Services LP**                    Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Sole and Managing Member of Titus Capital, LLC, General Partner   of the _____ Debtor _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:   **07/02/2010** _____        Signature: **/s/ Brent Hagenbuch** _____
                                                           **Brent Hagenbuch**
                                                           Sole and Managing Member of Titus Capital, LLC, General Partner

IN RE:  **Titus Logistics Services LP**                    CASE NO

                                                     CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  07/02/2010 _____          Signature  _/s/ Brent Hagenbuch_____
                                                     *Brent Hagenbuch*
                                                     Sole and Managing Member of Titus Capital, LLC, General Partner


Date _____          Signature _____

5 Star Logistics
111 Main Street
Newark, NJ 07102

AGM Transport
For Account: A G M Transport, I:
Carlsbad, CA 60527

Anderson Trucking
6022 Stoney Brook Drive
Fort Worth, TX 76112

7 Oceans Express Inc.
25617 129th Avenue SE
Kent, WA 98030

Air Capital Delivery
5841 Prospect Road
Park City, KS 67204

Angelotti Cartage, Inc.
2872 State Highway 198
Conneautville, PA 16406

7 Star Carriers
1006 St. Gregory Drive
Mansfield, TX 70063

All Freight Systems
P.O. Box 5279
Kansas City, KS 66119

Aragon, Inc.
NBT Processing Center
Memphis, TN 87110

A One Carriers Inc.
7959 Lansdale Road
Baltimore, MD 21224

All-Star Transportation, Inc.
1547 Thornton Street
Pacific, MO 63069

Armellini Express Lines, Inc.
2811 NW 74th Avenue
Miami, FL 33122

A. N. Webber, Inc.
21050 S. Route 45-52
Kankakee, IL 60901

Altex Transportation, LLC
2600 Rice Avenue
West Sacramento, CA 95691

ARVI Transport Co., Inc.
3 Endwood Circle
Sugarloaf, PA 18249

A2Z Freight Express LLC
12801 Sparks Drive
El Paso, TX 79928

Alvarado Transport
2481 West 1000 South
Aberdeen, ID 83210

Attorney General
Main Justice Bldg., Room 5111
10th St. &Constitution Ave. NW
Washington, DC 20004

AABBCO Expedited Transport LLC
P.O. Box 428
Sun Prairie, WI 53590

Ambrosia Refrigerated Transport
P.O. Box 1446
Olivehurst, CA 95691

Attorney General of Texas
Taxation Division - Bankruptcy
P.O. Box 12548
Capitol Station
Austin, TX 78711

ABC Express
52 Rice Street
Presque Isle, ME 04769

America Best Transport, Inc.
P.O. Box 620426
Orlando, FL 32862

Attorney Recovery Systems
18757 Burbank Boulevard
Tarzana, CA 91356-6329

ABCO Transportation, Inc.
20537 Highway 301 North
Dade City, FL 33523

American Freight Corp.
62 Argillite Avenue
Lathrop, CA 95330

AV Transportation
P. O. Box 246
Comanche, IA 52730

Able Cold Storage
905 1st Street
Newport, MN 55055

American Truck Way, Inc.
For Account: American Truck Way
Madison, SD 57042

Baggett Transportation Company
2 South 32nd Street
Birmingham, AL 35233

Baltica Transport, LLC
10063 Folsom Boulevard, Suite C
Sacramento, CA 95827

Bennett Trucking, Inc.
1000 E. Walnut Street
Sioux Falls, SD 57103

BLT
P.O. Box 524
Lemars, IA 51031

Barlow Truck Lines, Inc.
1305 Grandd DD S.E.
Faucett, MO 64448

Berry, Inc.
P.O. Box 21416
Indianapolis, IN 46221

Bob Evans Transportation, Inc.
2860 State Route 850
Bidwell, OH 45614

Barnes Transport, Inc.
220 Barnes Road
Hornsby, TN 38044

Bert R. Hybels, Inc.
3322 Grand Prairie
Kalamazoo, MI 49006

Brock Express
16838 Sierra Highway
Canyon Country, CA 91351

Barnes Trucking, Inc.
For Account: Barnes Trucking, I:
Atlanta, GA 37211

Best Arrival Transport
10624 S. Eastern Avenue A-444
Henderson, NV 89052

Browning Transports, Inc.
P. O. Box 750823
Memphis, TN 38175

Baskom, LLC
1801 Spruce Ridge Lane
Las Vegas, NV 89156

Bhandal Brothers Trucking
P.O. box 1711
Freedom, CA 95019

Buddy L Transport
Elite Financing LLC
Milford Center, OH 43045

Basra Trucking, Inc.
86403 Payshphere Circle
Chicago, IL 60674

Biffs Trucking, LLC
212 George Lewis Court
Harrison, OH 45030

Bulsim Transporation, LLC
For Account: Bulsim Transporta
Dallas, TX 86019

Bay Transport, Inc.
1780 Whipple Road, Suite 100
Union City, CA 94587

Big E Transportation
P.O. Box 24346
Richmond, VA 23224

Byas Logistics Services, LLC
For Byas Logistics Services, I
Fort Worth, TX 38751

Bayde Logistic, Inc.
925 NE 108 Street
Miami, FL 33161

Big Rock Transportation, Inc.
P.O. Box 659
Mars Hill, ME 04758

C.R. England, Inc.
P.O. Box 952407
St Louis, MO

Beckmann Distribution Company
10416 Bartelso Road
Caryle, IL 62231

Big Sky Truckin', Inc.
2550 Cured Road
Mt. Juliet, TN 37122

CA & B Logistics, Inc.
706 S. Bronson Avenue
Los Angeles, CA 90004

Beco, Inc.
6270 E. 53rd Avenue
Commerce City, CO 80022

Binning Transport
P.O. Box 882
Lodi, CA 95241

CA Freight Express, Inc.
P.O. Box 8466
Fresna, CA 93474

Capitol Express, Inc.
Capitol Express
Birmingham, AL 35287

Coast to Coast, LLC
11744 E. Pacific Place
Aurora, CO 80014

CTS Tennessee-Cargo Transporta
P.O. Box 673977
Detroit, MI 33323

Cargo Solution Express, Inc.
14587 Valley Boulevard
Fontana, CA 92335

Coastal Plains Enterprises, Inc
For Account: Coastal Plains Ent
Chicago, IL 60674

Custom Farm Services
For Account of: Custom Farm Se
San Francisco, CA 43040

Carrier 411
5950 Live Oak Parkway
Suite 105
Norcross, GA 30093

Cooke Trucking Co., Inc.
1759 S. Andy Griffith Park
Mount Airy, NC 27030

D & D Sexton, Inc.
P.O. Box 156
Carthage, MO 64836

Casiano Express
2015 Cecil Wampler Road
Mt. Crawford, VA 22841

Cool Transport, LLC
P.O. Box 262
Hatfield, PA 19440

D & T Leasing
1016 Derby Lane
Neenah, WI 54946

CBX Freight
3626 Wild Oak Drive
Ceres, CA 95307

Copper Creek Carriers, LLC
1206 Abby Court
Muskegon, MI 49442

D.R. Smith Trucking, Inc.
10491 S. 750th West
Akron, IN 46910

Central Illinois Carriers, Inc.
212 E. Husseman Street
Roanoke, IL 61561

Corporate Center Development - I
1105 E. 32nd Street, No. 5
Joplin, MO 64802

Dahl Trucking
9240 Highway 1
Langdon, ND 58249

Cheetah Trucking
430 Randy Road
Carol Stream, IL 60188

Covenant Carriers
6235 Highway 305
Olive Branch, MS 38654

Daily Bread Transportation, Ir
P.O. Box 868
Fremont, IN 46737

Chi Rho Youth Opportunities Unl
19944 Bear Valley Lane
Porter Ranch, CA 91326

Crawford Trucking, Inc.
For Account: Crawford Trucking,
Dallas, TX 75261

Dart Transport, Inc.
On Account of: Dart Transport,
Ogden, UT 15029

Chizek Elevator & Transport DBA
P.O. Box 147
Cleveland, WI 53015

Crossroads Carriers, LLC
2855 E. Brown Road
Suite 13
Mesa, AZ 85213

DataJacks
100 E. Vandalia
Edwardsville, IL 62025

Climate Express, Inc.
P.O. Box 1188
Washington, MO 63090

CTC, Inc.
4701 NE 23rd Street
Oklahoma City, OK 73121

David Phillips Trucking Compar
P.O. Box 169
Bear Creek, NC 27207

DC Transport
171 Shore Heights Drive
Inman, SC 29349

Doug Bradley Trucking
680 E. Water
Salina, KS 67401

Empire District
P.O. Box 219239
Kansas, MO 64121-9329

DC Transport, Inc.
For DC Transport, Inc.
Concord, CA 95691

Downing Transportation, Inc.
2120 Church Avenue
Troy, TX 76579

Enroute Transportation, LLC
P.O. Box 64418
St. Paul, MN 55164

Denton County Tax Assessor's
Office - Collector
Attn: Steven Mossman
P.O. Box 90204
Denton, TX 76202

Dude Smith Trucking, LLC
P.O. Box 721
Toast, NC 27049

ES Express, Inc.
2130 Gould Court
Rockdale, IL 60436

Desert Coastal Transport
10686 Banana Avenue
Fontana, CA 92337

Dynamite Trucking
9396 11 Mile Road
Big Rapids, MI 49307

Esteban Bustillos
9000 Beacon Court
Fort Worth, TX 60505

Distributors, LTD
P.O. Box 189
Antigo, Wi 54409

Eastern Fresh Freight
1000 Naturally Fresh Boulevard
Atlanta, GA 30349

Everett Distributing Company,
P.O. Box 649
Hollister, FL 32147

DKHJ, Inc.
For Account: DKHJ, Inc.
Madison, SD 57042

Ecklund Carriers
P.O. Box 2068
Oshkosh, WI 56258

Ex-Pedia Logistics, Inc.
6480 Chupp Road
Lithonia, GA 30058

DLM Trucking
Priority Factoring
Platt, SD 57369

Eickhoff Enterprises, Inc.
615 Kathryn Avenue
Marshall, MN 56258

Explore Transport
16W520 Lake Drive
Willowbrook, IL 60527

Dodd Floyd Trucking
P.O. Box 113
Edenton, NC 27932

Elcamp Enterprises
1675 Sloping Treeway
Lithia Springs, GA 30122

EZ Logistics, Inc.
Olympic Credit Fund
Olympia, WA 98502

Don Endecott Trucking, LLC
P.O. Box 429
Gibbon, NE 68840

Element Transportation
9222 Canyon View Avenue
Hesperia, CA 92345

F.B.T., Inc.
3400 Panama Lane
Suite F, #140
Bakersfield, CA 93313

DOT Transportation, Inc.
P.O. Box 206
Mt. Sterling, IL 62353

Elite Transportation Group, Inc
P.O. Box 142833
Fayetteville, GA 30214

Fargo Cargo, LLC
4520 19th Avenue SW
Suite 3B
Fargo, ND 58103

Fastline Express, Inc.
1001 N. 21st Street
Lamesa, TX 79331

Frontier Express Incorporated
P.O. Box 96-203
Oklahoma City, OK 73196

GBG Trucking
For GBG Trucking
Omaha, NE 68154


First Americans Shipping & Truc
447 Frogtown Road
Hogansburg, NY 13655

Frye Transport, LLC
For Assignee: Frye Transport LL
Houston, TX 63845

GFC Transportation
5216 S. Grand Circle
Sioux Falls, SD 57108


FirstFleet, Inc.
P.O. Box 102774
Atlanta, GA 37219

FST Express, Inc.
2040 Atlas Street
Columbus, OH 43228

GFS
3804 Whirlwind Drive
Bakersfield, CA 93313


Five Rivers Trucking
9 Jennifer Lane
Sugar Loaf, PA 18249

Furniture Row Express, LLC
24000 East 19th Avenue
Aurora, CO 80019

Giere Trucking, Inc.
NW 5073
P.O. Box 1450
Minneapolis, MN 55485


Five Star Transportation
Assignee: Five Star Transportat
Memphis, TN 38101

FW Transportation, Inc.
P.O. Box 457
Burleson, TX 76097

Grady S. Shives Trucking, Inc.
P.O. Box 6716
Statesville, NC 28677


Flying Horse Transport, LLC
6624 Balance Circle
Colorado Springs, CO 80923

G & A Trucking
201 Olivero Raod
Modesto, CA 95358

Great American Transport
For Great American Transport
Nashville, TN 46803


Flying W Transportation
Route 2 Box 275
Watts, OK 74964

G & S Transport, LLC
P.O. Box 566
Henderson, TN 38340

Great Country Trucking
On Account of Great Country Tr
Ogden, UT 73070


Fortis Transport. Inc.
4538 Mystique Way
Roswell, GA 30075

G-Line Trucking
31849 Bries Drive
Dyersville, IA 52040

Gress Refirgerated Services
992 North/South Road
Scranton, PA 18504


Four Truckers, Inc.
P.O. Box 847720
Dallas, TX 75284

Gainey Transportation
24941 Network Place
Chicago, IL 48267

Grider Trucking Co., LLC
For Account: Grider Trucking C
Memphis, TN 35771


Franks Trucking
600 Big Oak Lane
Dalton, GA 30721

Garden State Freezers
540 Franklinville Road
Mullica Hill, NJ 08062

Griffith Trucking
472 White Bluff Road
Pineville, MO 64856

GTB
P.O. Box 4150
Edinburg, TX 78542

Haywood Trucking, Inc.
673 North Bierdeman Road
Jackson, MS 39208

Hodges Group
For Assignee: Hodges Group
Memphis, TN 30087

Guntren Trucking, LLC
P.O. Box 2548
Sioux City, IA 5110

HB Logistics
C/o Exchange Capital Corp.
Conway, AR 72034

Horst Trucking, LLC
W606 Short Road
Colby, WI 54421

Gust Transportation, Inc.
10939 N. Renn
Clovis, CA 93611

Heitco Transportation, LLC
85452 Hwy. 11
Milton Freewater, OR 97862

Houg, LLC
5333 E. 58th Avenue
Commerce City, CO 80022

H & N Logistics, LLC
708 Heartland Trail
Suite 2000
Madison, WI 53717

Henderson Transportation
P.O. Box 610028
Dallas, TX 60106

Houston Logistics, LLC
P.O. Box 72
Paris, TN 38242

H. K., Inc.
P. O. Box 31182
Indianapolis, IN 46231

Herr Business Forms
1740 Westminister Street
Denton, TX 76205

HP Distribution, LP
On Account of HP Distribution
Ogden, UT 64193

H.O. Wolding, Inc.
9642 Western Way
Amherst, WI 54406

Heyl Truck Lines, Inc.
SDS12-1867
Minneapolis, MN

Hutchinson Terminal
2700 East 4th Street
Hutchinson, KS 67501

Hansen Truck Lines, LLC
2618 Thornwood Street SW
Wyoming, MI 49519

Hicks Transportation
For Account: Hicks Transportati
Ogden, UT 84415

HWS Trucking
1025 Metker
Irving, TX 75062

Hardy Brother Aviation & Transp
11385 Poplar Avenue
Prairie City, IA 50228

Hill Brothers Transportation, I
7850 I Street
Omaha, NE 68127

Iceline Logistics
1321 Foster Avenue
Nashville, TN 37210

Hart Trucking
3500 Highway 77
Ohatchee, AL 36271

Hirschbach Motor Lines
3660 Paysphere Circle
Chicago, IL 60674

Imperial Express, Inc.
P. O. Box 1607
Springfield, OH 45501

Haulmark Trucking, Inc.
7171 Highway 6 N.
Suite 109
Houston, TX 77095

HMD Trucking, Inc.
10031 Viginia Avenue
Chicago Ridge, Il 60415

Indian Creek Express, LLC
5615 E. CR 82
Carr, CO 80612

Industrial Warehouse Services
P.O. Box 2177
Tuscaloosa, AL 35403

Jay Trucking, LLC
Orange Commercial Credit
17893 Karen Lane
Neosho, MO 64850

Kandel Transport, Inc.
P.O. Box 150461
Ogden, UT 84415

Inland Empire Transport
For Assignee: Inland Empire Tra
Dallas, TX 92557

JC Lopez Trucking
2071 E. Nebraska Avenue
Dinuba, CA 93618

Karriers, Inc.
P.O. Box 12417
Grand Forks, ND 53202

Internal Revenue Service
IRS Special Procedures - Insolv
P.O. Box 21126
Philadelphia, PA 19114

JCB Transportation, LLC
TCI
Chicago, IL 60674

Kelly Corporation
P.O. Box 25
Altamont, IL 62411

Internet Truckstop
P.O. Box 99
New Plymouth, ID 83655

JF Freight
P. O. Box 95616
Palatine, IL 60095

Ken Trucking, Inc.
For Account: Ken Trucking, Inc
Fort Worth, TX 76107

Interstate Express Logistics, C
P. O. Box 8635
Fayetteville, AR 72703

Jimster Transport, Inc.
P. O. Box 932001
Kansas City, MO 64193

Kenneth L Summey Trucking
600 Bassett Drive
Thomasville, NC 27360

J L K Trucking, Inc.
2745 Manzno N.E.
Albuquerque, NM 82110

JJ Martinez Express, Inc.
1771 Biscay Street
Aurora, CO 80011

Kenny Adams Trucking
P. O. Box 497
Wayne, AR 72396

J L Smith Trucking
P. O. Box 7046
Traverse City, MI 49686

JVF & Sons, LLC
P. O. Box 1752
Memphis, TN 38101

Kerner Transportation
P.O. Box 524
Winner, SD 57580

J Trans, Inc.
2025 E. 38th Street
Marion, IN 46953

K & L Transportation, Inc.
P. O. Box 851
Bethpage, NY 11714

Kevin & Bros.
1717 E. 1400 S.
Provo, UT 84606

J&M Transfer, Inc.
4731 Eagle Avenue
Ireton, IA 51027

K & S Transport Services
P.O. Box 6737
Elgin, IL 60121

Kimmi Trucking
TCI Business Capital
Chicago, IL 60674

Jane Transportation
For Account: Jane Transportatio
Fulton, MS 38843

Kam-Way Transportation, Inc.
1300 Boblett Street
Unit E
Blaine, WA 98230

King's Way Express, Inc.
22331 Network Place
Chicago, IL 60673

KLC Transportation, Inc.
For KLC Transportation
Olympia, WA 91761

Lochirco Fruit and Produce
P. O. Box 1038
Washington, MO 63090

M. Bruenger& Co., Inc.
6250 North Broadway
Wichita, KS 67219

L & D Transport
350 E. Center
Vesta, MN 56292

Logi Warehouse & Transportation
1125 Vaughn Driver
Portland, TN 37148

MAP Transportation, Inc.
1860 SR 47
Russia, OH 45363

L. S. Transport, LLC
2909 Imperial Lane
Muncie, IN 47302

Logis Xpress, Inc.
4117 Trade Center
Laredo, TX 78045

Martha Cortez Trucking, Inc.
P. O. Box 4324
West Covina, CA 91791

Lamar Long Trucking, LLC
P. O. Box 2003
Ridgeland, SC 29936

Logistics Round America
40 Tabalopa
Tome, NM 87060

Martin Transportation, Inc.
2399 Merry Lane
White City, OR 97503

Landstar Ranger, Inc.
1110 North Fanchier
Mount Pleasant, MI 75035

Long Way Transportation
For Long Way Home
Florence, MT 59833

Mathy Trucking, Inc.
1585 State Highway 30
Edgerton, MN 56128

Landy's Trucking
2635 S. Peterson Street
Mesa, AZ 85202

Longhorn Produce, Inc.
70 SE Ast lane
Lamar, MO 64759

MCI Express, Inc.
530 N. 280 West
Orem, UT 84057

Large Car Trucking Co., LLC
680 A. East President
Tupelo, MS 38801

LRC Trucking
P. O. Box 1613
Los Lunas. NM 87031

MCT Transportations, LLC
1600 E. Benson Road
Sioux Falls, Sd 57104

Leach Brother's Transport
862 East 3rd Street
 Forest, MS 39074

Lt Strategies, Inc.
115 Loggers Run
Myrtle Beach, SC 29588

Meadow Lark Companies
935 Lake Elmo Drive
Billings, MT 59105

Liberty Transport, LLC
14491 Skunk River Road
Burlington, IA 52601

M&M Trucking
For M & M Trucking
Visalia, CA 93279

Merit Trucking Company, Inc.
P.O. Box 5507
Norco, CA 92860

Litas, Inc.
121917 Archer
Lemont, IL 60439

M. Bjorn Peterson Transportatio
Transporttion Alliance
P. O. Box 2688
Glendale, AZ 85311

MGR Express, Inc.
P. O. Box 328
Lyons, IL 60534

Midwest Dairy Transport
50 64th Avenue
Suite D
Coopersville, MI 49404

N & N Trucking
21617 West 51st
Shawnee, KS 66226

Northridge Express, Inc.
For Assignee: Northridge Expre
Minneapolis, MN 55449

Midwest Direct Transport, Inc.
2830 Chicago Drive
Grandville, MI 49418

NCT, Inc.
415 Pisgah Church Road
Suite 302
Greensboro, NC 27455

NT Logistics, Inc.
2601 Network Boulevard
Suite 100
Frisco, TX 75034

Midwest Express, Inc.
3087 Wildwood Drive
Grand Island, NE 68801

Nelson Farms
P. O. Box 160
Dupo, IL 62236

NTA, Ltd.
Marquette Trans Financial
Minneapolis, MN 55485

Millis Transfer, Inc.
P. O. Box 3416
La Crosse, WI 54602-3416

New England
35 Prosper Street
Providence, RI 02904

Offshore Express, Inc.
65 Pershing Avenue
Wakefield, Ri 02879

Miracle Transport
For Assignee: Dolores A. Stam
Fruitland, ID 83619

New Season Transport, Inc.
22331 Network Place
Chicago, IL 60673

Ohio Eastern Express, Inc.
300 West Perkins Avenue
Sandusky, OH 44870

MIT Express
P. O. Box 13287
Chicago, IL 60613

Newland, Inc.
27 W. Eureka Drive
Lemont, IL 60439

Ohio Pacific Express
For Account: Ohio Pacific Expr
Ogden, UT 63736

Mobal Trucking, Inc.
12 Aspen Ridge Court
St Peters, MO 63376

Newsafe Transport Service, Inc.
979 Pole Lane Road
Marion, OH 43302

Oklahoma Fast Freight, Inc.
P. O. Box 2682
Fort Smith, AR 72902

Mountain Transport, Inc.
7600 Way Zata Boulevard
Golden Valley, MN 55426

Noel Evans Trucking
29245 Pigeon Drive
Lebanon, MO 65536

Oliva Delivery Service, Inc.
For Account: Oliva Delivery Se
Dallas, TX 33054

MUN Trucking, Inc.
C/o Logistics Financial
Carlsbad, CA 92018

North American Solutions Corp.
26 W. Maple Avenue
Mundelein, IL 60060

OTR Express, Inc.
P. O. Box 2097
Highland, IN 46323

MVO, Inc.
13845 W. Dublin Drive
Homer Glen, IL 60491

Northern Berks Transport
14490 Kutztown Road
Fleetwood, PA 19522

Oxbow Team Transport
P. O. Box 205
Joplin, MO 64802

Oxford Transportation
For Account: Oxford Transportat
Tupelo, MS 39208

Platinum Express, Inc.
Apex Capital, LP
Fort Worth, TX 45404

QWEST
P. O. Box 29040
Phoenix. AZ 85038-9040

Palmetto Trans
1731 Pricehouse Road
Roebuch, SC 29376

Plumrose USA
125 Coley Road
Tupelo, MS 38801

R & B Transportation
P. O. Box 148
Charlestown, NH 03603

Paramount Transporation, Inc.
P. O. Box 660
Lodi, NJ 07644

Porter Realty, Inc.
503 Main Street
Alamosa, CO 81101

R & L
600 Gilliam Road
Wilmington, OH 45177

Patterson Freight
2400 Roberts Ranch Road
Plant City, FL 33566

Power Trucks, Inc.
For Account: Power Trucks, Inc.
Dallas, TX 60074

R&S Johnson, LLC
13609 Choir Street
Woodbridge, VA 22192

Peninsula Trucking, Inc.
31545 CR 437
Sorrento, FL 32776

Premier Class Transport, Inc.
3464 W. Touhy Avenue
Lincolnwood, IL 60712

Rabbit River Transport II, LL(
P. O. Box 64418
St Paul, MN 55164

Phillips & Sons Trucking
Department 470
P. O. Box 4869
Houston, TX 77210

Pride Transportation Co., Inc.
611 Howard Street
Findley, OH 45840

Raider Express
2400 Cold Springs
Fort Worth, TX 76106

Piccolo, Inc.
771 Brownslock Road
Bowling Green, KY 42101

PRO Transport & Leasing, Inc.
NW 67939
P. O. Box 1450
Minneapolis, MN 58201

Rakhra Mushroom Farm
P. O. Box 2002
Alamosa, CO 81101

Pickreign Trucking, Inc.
c/o Empire Bank
P.O. Box 10323
Springfield, MO 65088

PST Transport, Inc.
12445 N. 42nd Drive
Phoenix, AZ 85029

Randy Holley Transport, Inc.
For Account: Randy Holley Tran
Fort Worth, TX 76107

Pinnacle Transportation System
P. O. Box 1752
Memphis, TN 38101

Q Carriers, Inc.
1415 Maras Street
Shakopee, MN 55379

Randy Rowe Trucking, Inc.
P. O. Box 2176
Twin Falls, ID 83301

Plainfield Trucking, Inc.
818 W. North Street
Plainfield, WI 54984

Quality Intermodal Delivery Ser
11124 Garland Road
Dallas, TX 75218

RCKP Exterprises, LLC
1067 Indian Lakes Road NE
Sparta, MI 49345

RE Barnett & Sons Trucking Co.
P. O. Box 16006
Phoenix, AZ 85011

Robbie D. Wood, Inc.
1050 Old Warrior River Road
Dolomite, Al 35061

S & S Trucking (Fresno)
4221 W. Sierra Madre
Suite 101B
Fresno, CA 93722

Red Barn Transportation
P. O. Box 280
Gonzales, LA 70707

Roga Express
P. O. Box 17432
El Paso, TX 79917

Samson Logistics, Inc.
11856 Balboa Boulevard
Suite 118
Granada Hills, CA 91364

Redco Transport, Ltd.
20951 Mines Road
Laredo, TX 78045

Rolling West Trucking
For Assignee: Rolling West Truc
Nashville, TN 52544

SAV Express, Inc.
P. O. Box 480050
Coon Rapids, MN 55448

Refrigerated Express, LLC
2194 Highway A1A
Suite 208
Indian Harbour Beach, FL 32937

Rotex Transportation, Inc.
9449 Roseport Way
Sacramento, CA 98582

SCk Trucking
P. O. Box 403
Pauling, LA 70763

Reliable Freight, LLC
401 E. Edgar Road
Linden, NJ 07036

Royal Lines, Inc.
205 East Center Street
Duncanville, TX 75116

Scorpio Transportation, Inc.
For Account: Scorpio Transport
Madison, SD 57042

Renner Trucking
116 Jasmine Drive
Newport, TN 37821

Royal Logistics, Inc.
2721 40th Avenue North
Fargo, ND 58102

Scott Rud Trucking, Inc.
10207 Bluffview Lane SW
Byron, MN 55920

Rigs Arolling, LLC
4723 Preston Road
Federalsburg, MD 21632

Royal Transport, Inc.
For Royal Transport, Inc.
Nashville, TN 60155

Scott Trucking
11762 FM 1863
Kaufman, TX 75142

Ristow Trucking, Inc.
1940 Ridgeway Street
Hammond, WI 54015

RRR Transportation Company
P. O. Box 863
Calhoun, GA 30701

Scott's Transportation, Inc.
P. O. Box 494
Verona, MS 38879

RM Fatina Investment Group
C/o Interstate
P.O. Box 915183
Dallas, TX 92880

Ruan Transport Corporation
P. O. Box 977
Des Moines, IA 50304

Securities and Exchange Comm.
Attn:  Rose L. Romero, Reg. Di
801 Cherry St., Suite 1900
Ft. Worth, TX 76102

RMFC, LLC
For Account: FMFC, LLC
Memphis, TN 49508

RW Transport, Inc.
1072 N. Air Drive
Bloomington, IN 47404

Securities and Exchange Commis
100 F. Street NE
Washington, DC 20549

SFS Transport
1650 90th Avenue
Vreo Beach, FL 32966

Spann Refrigerated Transport
3272 F Street
San Diego, CA 92102

Steger Trucking
16 Westfield Circle
Fond du Lac, WI 54935


Show Me Trucking
18406 East Rockhaven Road
Harrisonville, MO 64701

Spartan Logistics, Inc.
P. O. Box 676649
Dallas, TX

Stencel Trucking
For Assignee: Stencel Trucking
Minneapolis, MN 55485-7939


Showalter, Inc.
P. O. Box 265
Swink, CO 81077

Spirit Express Trucking, Inc.
16700 Smith Road
Aurora, CO 80011

Steven's Trucking
P. O. Box 19608
Oklahoma City, OK 73179


Sierra Moving & Delivery
3994 N. 20th
Ozark, MO 65721

SRS Trucking
c/o Viva Capital Funding
El Paso, TX 79907

Stonebroke Trucking, Inc.
N.W. 5073
Minneapolis, MN 55485


SIMAX, Inc.
9018 N. Cumberland Avenue
Niles, IL 60714

SSM Trucking, Inc.
493 Amston Road
Colchester, CT 06415

Strasburger & Price, L.L.P.
P. O. Box 50100
Dallas, TX 75250-9989


SJS, Inc.
6329 S. 2000 West
Rexburg, ID 83440

Stallion Express, Inc.
P. O. Box 1013
Beebe, AR 72012

Sun Valley Transportation
C/o PCG, LLC
P.O. Box 29818
Phoenix, AZ 79927


Skyline National, Inc.
P. O. Box 915183
Dallas, TX 75391

Stanley Freight, LLC
P. O. Box 35988
Dallas, TX 75235

Sunfresh Farms, Inc.
508 Hiwassee Road
Lebanon, TN 37087


SM Trucking, LLC
21597 Elmwood Drive
Madera, CA 93638

Star Freight (Priority)
12200 West Colonial Drive
Wintergarden, FL 34797

Sunrise Express
2028 N. Yankee Court
San Leandro, CA 94579


SMS Logistics, Inc.
Sunbelt Finance
Jonesboro, AR 72403

State Comptroller of Public Acc
Revenue Acct. Division - Bankru
P.O. Box 13528
Austin, TX  78711

Superior Logistics Services, ]
P. O. Box 446
Mebane, NC 27302


Sojourner Trucking
26113 Highway 27S
Crystal Springs, MS 39059

State Garden, Inc.
21 New England Produce Center
Chelsea, MA 02150

T.B.L. Leasing, Inc.
3421 Markley Road
St Marys, OH 45885

Team Indy Transport Service, LL
Outsource Financial Service
Denver, CO 80239

Top Logistics
P. O. Box 429
New Glarus, WI 53574

US Freightways
For Account: US Freightways Ir
Nashville, TN 37229


Texas Employment Comm.
TEC Building - Taxastion Dept.
Austin, TX 78778

Transit 14, Inc.
For Transit 14, Inc.
Memphis, TN 38101

Valley Cold Storage & Transpor
P. O. Box 100
Kuna, ID 83634


The Kid's Trucking, Inc.
P. O. Box 130
Pierce City, Mo 65723

Transit Services, Inc.
4014 South Maybelle
Tulsa, OK 74107

Velox Trucking
P. O. Box 932001
Kansas City, MO 64193


The Panther Group
8421 NW 70th Street
Miami, FL 33166

Tranwest Express, Inc.
For Assignee: Transwest Express
Fort Worth, TX 76107

Venture One, Inc.
P. O. Box 932001
Kansas City, MO 64193


The Universe Company, Inc.
4909 S. 33rd Street
Omaha, NE 68107

TRI Alexander Transportation, I:
For TRI Alexander Transportatio
Minneapolis, MN 74401

VIV Transportation, LLC
P. O. Box 25229
Anaheim, CA 98092


Thompson Transportation, Inc.
P. O. Box 24112
Little Rock, AR 72206

TRI HI Transportation, Inc.
N3163 State Highway 107
Merrill, WI 54452

VK Transport
C/o BK Finance Group, Inc.
P. O. Box 5762
Buffalo Grove, IL 60089


Titus Transportation, LP
P. O. Box 2064
Denton, TX 76202

TS Trucking
4131 N Blythe Avenue
Suite 144
Fresno, CA 93722

VR Carrier, Inc.
2802 Claremont Drive
Mansfield, TX 76063


TJ Jones Trucking, Inc.
P. O. Box 275
Dinuba, CA 93618

UK Transport, Inc.
P.O. Box 13012
Sacramento, CA 95813

VWB Express
For Account: VWB Express
Dallas, TX 60465


Tombee Trucking, Inc.
340 Hostetter Road
Manheim, PA 17545

Universal AM-CAN, Ltd.
P. O. Box 712969
Cincinnati, OH 48089

Vyhnalek Trucking
P. O. Box 824
Wilber, NE 68465


Tommy Manion Farms
22 St. Augustine Road
Clackson, KY 42726

Unlimited Carrier
P. O. Box 932001
Kansas City, MO 64193

W. Arnell Wells and Sons, Inc.
1254 W. Main Street
Willard, UT 84340

WDS Enterprises, Inc.
P. O. Box 491
Sheperd, MI 48883

Williams Express, Inc.
For Account: Williams Express,
Memphis, TN 38633

Webb Trucking
1002 Steven Drive
Polk City, FL 33868

Wolaver Trucking
1078 Center View Road
Sevierville, TN 37862

West Wind Logistics, LLC
3068 380th Street
Story City, IA 50248

Worden, LLC
204 6th Street NW
Hampton, IA 50441

Westbury & Sons Trucking
6400 Longdale Furnace Road
Clifton Forge, VA 24422

Worldwide Freight Carrier
5838 W. Brick Road
Suite 101
South Bend, IN
46628

Westco Express, Inc.
5320 Forest Street
Commerce City, CO 80022

WR Neywick Trucking
40264 NE 100th Avenue
Preston, KS 67583

Western Flyer Express
NW 5076
P. O. Box 1450
Minneapolis, MN 73128

WTS, LLC
For Assignee: WTS, LLC
Fort Worth, TX 65251

Western Freightways, Inc.
P. O. Box 951703
Dallas, TX 75395

Z Brothers Trucking, LLC
5400 Ely Vista Drive
Parma, OH 44129

White Farms Trucking, Inc.
201 North 1st Street
Doniphan, NE 68832

Zartran, LLC
150 Prior Station
Cedartown, GA 30125

White Rabbit
3605 N. Narragansett
Suite 205
Chicago, IL 60634

Zentner Transportation, Inc.
P.O. Box 342
Cedar Rapids, NE 68627

Wild West Express, Inc.
P. O. Box 900
Fairacres, NM 88033